FILED
2013 Nov-25  PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| RALSTON ENRICO SAMUELS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:13-cv-01321-LSC-PWG |
| | ) | |
| SCOTT HASSELL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>MEMORANDUM OPINION</u>

This case is before the court on Respondent's Motion to Dismiss as Moot (Doc. # 7), filed November 22, 2013. In the motion, Respondent notes that Petitioner was removed from the United States on June 26, 2013. (Doc. # 7-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondent's motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

Done this <u>25th</u> day of <u>November 2013</u>.

L. Scott Coogler
United States District Judge

[160704]